# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00196-CV

**Eric Van Zandt, Appellant**

**v.**

**Prescott Legal Search, Inc. and Larry Prescott, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. GN501708, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Eric Van Zandt seeks to appeal from a district court judgment rendered October 10, 2005, dismissing his petition for bill of review as untimely and without merit. Van Zandt filed a motion for new trial and a request for findings of fact and conclusions of law on November 15, 2005. The district court denied the motion for new trial on January 3, 2006.[1] Van Zandt filed an untimely notice of appeal with the district court clerk on March 22, 2006, 163 days after the judgment was signed. *See* Tex. R. App. P. 26.1(a)(1). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of

---

[1] It is unclear whether the district court had plenary power to render its order. *See* Tex. R. Civ. P. 329b.

jurisdiction.  Tex. R. App. P. 42.3(a); *Grondona v. Sutton*, 991 S.W.2d 90, 93 (Tex. App.—Austin 1998, pet. denied).


_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   May 12, 2006